## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Paul Silvestry

                      Plaintiff,

v.	Case No.: 1:15−cv−05208
	Honorable John Z. Lee

Fleet Services, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, September 2, 2015:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 9/2/15. The parties report that they have reached a settlement. This case is dismissed without prejudice; the dismissal will become with prejudice in 45 days. If necessary, the parties have 45 day to reinstate the case. Civil case terminated. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.